UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCHELLE DANIEL,

    Plaintiff,

v.                                Case No. 14-13573

WEST ASSET MANAGEMENT, INC.,

    Defendant.
                                      /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss" dated May 20, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant West Asset Management, Inc. and against Plaintiff Rochelle Daniel.

Dated at Detroit, Michigan, this 20th day of May 2015.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                         s/ Lisa Wagner
                              By: Lisa Wagner, Case Manager
                                 to Judge Robert H. Cleland